EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MICHAEL DOMINIC

                                                                               Case No. 12 CV 1551
                                                                               **AFFIDAVIT OF SERVICE**

                      Plaintiff (s),

    -against-

JEAN-COSME DELALOYE,

                      Defendant (s).
-------------------------------------------------------------------X
STATE OF NEW YORK    )
                                  :s.s.:
COUNTY OF QUEENS    )

        MARIE SERRANO, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years of age, and reside in the State of New York.

        On the 29th day of March, 2012, at approximately 4:02 p.m. at 1776 Broadway, 21st Floor, New York, New York, I served a true signed copy of the ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY, dated March 29, 2012 by the Honorable Nicholas G. Garaufis along with true copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; DECLARATION OF MICHAEL J. DOMINIC IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY; [PROPOSED] ORDER OF PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY; CIVIL COVER SHEET; DECLARATION OF S. CALVIN WALDEN IN SUPPORT OF ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY; PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND EXPEDITED

DISCOVERY; INDIVIDUAL RULES OF MAGISTRATE JUDGE ROBERT M. LEVY; INDIVIDUAL RULES OF JUDGE NICHOLAS G. GARAUFIS and ELECTRONIC CASE FILING RULES & INSTRUCTIONS, in the above entitled-action, upon JEAN-COSME DELALOYE, defendant herein named, by personally delivering to and leaving thereat true signed copies of the above mentioned documents with Debra Mayer, Esq. At time of service, Ms. Mayer identified herself as an Attorney at Shatckin & Mayer, PC, who are the attorneys for Jean-Cosme Delaloye and as a person authorized to accept service of Process for Jean-Cosme Delaloye.

Ms. Mayer is a Caucasian female, approximately 40-45 year of age, 5'2" tall, 135 lbs, with light hair; dark eyes and wore glasses.

Sworn to before me this,
30th day of March, 2012

NOTARY PUBLIC

_____
MARIE SERRANO
Organization License No. 1155020

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 20__12__

## Mercadante, Saverino

| | |
|---|---|
| **From:** | Mercadante, Saverino |
| **Sent:** | Thursday, March 29, 2012 3:34 PM |
| **To:** | 'Eps Judicial Process Srv' |
| **Cc:** | Carrion, Christopher |
| **Subject:** | Service of initiatory and OTSC papers to be effected today in Manhattan, Dominic v. Delaloye, 12cv1551 (EDNY) |

Hi CJ:

As discussed, I have the service copies of the docs listed below that need to be served upon the Defendant's attorney. Her name is Debra Mayer (Shatckin & Mayer, PC, 1776 Broadway, 21st Floor, New York, NY 10019). She has been authorized by the Defendant to accept process. She is expecting these papers. I'll meet your colleague in the lobby of our building (Park Ave side).

1) Summons
2) Civil cover sheet
3) Complaint
4) District Judge's, Magistrate Judge's, and ECF rules
5) OTSC
6) Proposed Order of PI
7) Memo of Law in support of OTSC
8) Declaration of Walden in support of OTSC
9) Declaration of Dominic in support of OTSC

Rcvd
Debra Mey
402  3/29/12

Many thanks,

**Saverino Mercadante | WilmerHale**
Assistant Managing Attorney
399 Park Avenue
New York, NY 10022 USA
+1 212 295 6566 (t)
+1 212 230 8888 (f)
saverino.mercadante@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

1