FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ APR 19 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

MICHAEL DOMINIC,    :    12 Civ. 1551 (NGG) (RML)

        Plaintiff,    :

- against -    :    STIPULATION AND ORDER

JEAN-COSME DELALOYE,    :    Original filed by ECF

        Defendant.    :

- - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that the time in which defendant Jean-Cosme Delaloye must answer, move or otherwise respond to the complaint in this action is extended through and including the date seven (7) business days following the date the Court issues and posts on the ECF system its written order in connection with the pending motion for a preliminary injunction and other relief. Signatures by fax or email shall be considered originals for purposes of this stipulation.

Dated:    New York, New York
        April 12, 2012

WILMER HALE                                SHATZKIN & MAYER, P.C.

By _____                   By _____
S. Calvin Walden                           Karen Shatzkin
Attorneys for Plaintiff                    Attorneys for Defendant
399 Park Avenue                            1776 Broadway, 21st Floor
New York, New York 10022                   New York, New York 10019-2002
(212) 230-8800                             (212) 684-3000

*So ordered.*
s/Nicholas G. Garaufis
4/17/12