

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAY 2 9 2012 ★

BROOKLYN OFFICE

| | |
|---|---|
| MICHAEL DOMINIC, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| | FILE NO. 1:12-cv-01551-NGG-RML |
| JEAN-COSME DELALOYE, | |
| Defendant. | |

### STIPULATION AND NOTICE OF DISMISSAL

Plaintiff Michael Dominic and Defendant Jean-Cosme Delaloye, by their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff's Complaint herein shall be and is dismissed with prejudice;

2. Defendant's Counterclaim herein shall be and is dismissed with prejudice;

3. Neither party will make any statement or take any action which is intended, or would reasonably be expected, directly or indirectly to injure the other party, his reputation or the market for his documentary that includes La Chureca, or which would otherwise reasonably be expected to lead to an unfavorable or harmful outcome to the other party.

4. Each of the parties shall bear his own costs and expenses.

5. Each of the parties has authorized his respective counsel to enter into this stipulation on his behalf.

Submitted this 23rd day of May, 2012.

1

s/ S. Calvin Walden
S. Calvin Walden
Nels T. Lippert
Cosmin Maier
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 937-7200
Fax: (212) 230-8888
Email: calvin.walden@wilmerhale.com

ATTORNEYS FOR PLAINTIFF
MICHAEL DOMINIC

s/ Karen Shatzkin
Karen Shatzkin
Shatzkin & Mayer, P.C.
1776 Broadway, 21st Floor
New York, NY 10019
Tel: 212-684-3000
Fax: 212-684-5333
Email: kshatzkin@shatzkinmayer.com

ATTORNEYS FOR DEFENDANT
JEAN-COSME DELALOYE

SO ORDERED:

s/Nicholas G. Garaufis, U.S.D.J.

Date: 5/29/12